1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASPEN INSURANCE U.K. LIMITED,

Plaintiff,

v.

EMERALD CITY ESCROW LLC, DAVID
SOBOL, ALLA SOBOL aka ALLA
PYATETSKAY, JACOB A. KORN and
ANDREA KORN, husband and wife,
VLADISLAV BAYDOVSKIY AND
DONATA BAYDOVSKIY, aka DONNATA
BRENNER aka DONNA BRENNER aka
NETA BRENNER, husband and wife, and
ING BANK fsb,

Defendants.

C09-820Z

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas
S. Zilly, United States District Judge:

    (1)    The Court GRANTS Plaintiff Aspen Insurance U.K. Limited's Motion for
Summary Judgment, docket no. 62. The Court will issue an Order explaining its reasoning as
soon as possible.

    (2)    The Court GRANTS Defendant ING Bank, fsb's Evidentiary Objections to
Affidavit of John Silk, docket no. 74. The Court FINDS that Paragraph 20 of John Silk's
Declaration is a conclusion of law.

    (3)    The Court DENIES WITHOUT PREJUDICE Defendant ING Bank, fsb's
Motion for Leave to File Supplemental Counterclaim, docket no. 78. The Court FINDS that

MINUTE ORDER - 1

ING Bank, fsb stands in the shoes of David and Alla Sobol ("the Sobols") by way of the Settlement Agreement. <u>See</u> Hicks Decl., docket no. 79, Ex. 1 (Settlement Agreement, Assignment of Rights). The Court further FINDS that because the Sobols are in default in the present lawsuit, ING Bank, fsb cannot bring the Sobols' claims at this time. <u>See Blazek v. Capital Recovery Assocs., Inc.</u>, 222 F.R.D. 360 (E.D. Wis. 2004).

(4)     The Court GRANTS Plaintiff Aspen Insurance U.K. Limited's Motion to Strike Section C of Defendant ING Bank, fsb's Reply Brief in Support of Its Motion for Leave, docket no. 87. Federal Rule of Civil Procedure 7(b)(1) states that "[a] court order must be made by motion." The Court FINDS that Section C of ING Bank, fsb's Reply Brief makes an additional motion to set aside the default against the Sobols in violation of Federal Rule of Civil Procedure 7(b)(1).

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 4th day of February, 2010.

BRUCE RIFKIN, Clerk


                                   s/ Claudia Hawney
                        By _____
                           Claudia Hawney
                           Deputy Clerk

MINUTE ORDER  - 2